FILED
8/12/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RANCE E. NEIGHBORS, <br><br> Defendant. | VIOLATION: <br> E1102705 <br> Location Code: M13 <br><br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $25 fine and $30 processing fee for violation E1102705 (for a total of $55), and for good cause shown, IT IS ORDERED that the $55 fine paid by the defendant is accepted as a full adjudication of violation E1102705.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 12th day of August, 2021.

_____
John Johnston
United States Magistrate Judge